In the
United States Court of Appeals
for the Sixth Circuit

United States of America,

Plaintiff-Appellee
Cross-Appellant,

Case Nos. 25-2136; 25-2147;
26-1008

v.

Kevin La'von Giles,

Defendant-Appellant
Cross-Appellee.
/

# Notice of Constitutional Challenge to State Statute

Pursuant to Fed. R. App. P. 44(b), the United States gives this Court notice that the issue raised in its cross-appeal implicates the constitutionality of the Michigan Sex Offender Registration Statute (SORA), Mich. Comp. Laws. § 28.721 et seq.

A jury found Giles guilty of committing a felony offense involving a minor while under an obligation to register as a sex offender, in violation of 18 U.S.C. § 2260A. Giles's obligation to register as a sex offender was based on Michigan's SORA. Giles filed a post-verdict motion for judgment of acquittal on his § 2260A conviction, arguing that

the obligation-to-register element was lacking because SORA is unconstitutional as applied to him. The district court granted Giles's motion and vacated his conviction on that count. (R.334: Order, 3215–52). The government filed a timely notice of appeal from that order, as cross-appellant, and the Solicitor General has authorized the government to pursue the cross-appeal. (R.354: Notice of Appeal, 3481).

Given that the government is defending the constitutionality of Michigan's SORA in this appeal, the United States asks this Court to certify the issue to the Attorney General of Michigan, to permit the state an opportunity to intervene.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*/s/ Sarah Alsaden*
Sarah Alsaden
Assistant United States Attorney
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9146
Sarah.Alsaden@usdoj.gov

Dated: July 28, 2026