**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS
CLERK

TELEPHONE
(513) 564-7000

August 3, 2026

The Honorable Dana Nessel
Michigan Attorney General
525 W. Ottawa St.
Lansing, MI 48906

RE: Case Nos. 25-2136 & 25-2147/26-1008, *United States v. Kevin La'von Giles*;
Certification Under Federal Rule of Appellate Procedure 44(b)

Dear Attorney General Nessel:

In Case No. 25-2136, Giles appeals his criminal judgment, after a jury trial, for sex trafficking of children, sex trafficking of a minor, and sex trafficking by force, fraud, or coercion. In Case Nos. 25-2147/26-1008, defendant Giles appeals, and the government cross-appeals, an order denying in part and granting in part Giles's motion for a judgment of acquittal or a new trial.

These appeals implicate the constitutionality of the Michigan Sex Offender Registration Statute (SORA), Mich. Comp. Laws § 28.721 *et seq*. The jury convicted Giles of commission of a violation of 18 U.S.C. § 2260A, which makes it unlawful for a person required to register as a sex offender to commit a felony offense involving a minor. The basis for the conviction was Michigan's SORA. The district court found that the Michigan SORA (including its registration requirements) was unconstitutional as applied to Giles. *United States v. Giles*, 811 F. Supp. 3d 869, 889 (E.D. Mich. Dec. 5, 2025). The court thus vacated Giles's conviction on that count.

The government has filed a notification under Federal Rule of Appellate Procedure (FRAP) 44(b), stating that it is defending the constitutionality of Michigan's SORA. Pursuant to FRAP Rule 44(b), I certify that a party in litigation before this court is challenging the constitutionality of a statute of the State of Michigan.

Enclosed is a copy of the notification filed by the United States of America in this appeal.

Very truly yours,

Kelly L. Stephens

Enc. Notification